## BENJAMIN WOOD ET AL.
### v.
## MARQUIS D. MOORE, Adm'r.

EVIDENCE INSUFFICIENT.—The Court is of the opinion that the evidence is insufficient to sustain the allegation of fraud.

APPEAL from the Circuit Court of Madison county; the Hon. W. H. SNYDER, Judge, presiding. Opinion filed August 13, 1880.

Messrs. KROME & HADLEY, for appellants.

Mr. F. W. BURNETT, and Mr. H. S. PETTINGILL, for appellee.

PER CURIAM. We have carefully examined the evidence in this case, and are of opinion that it fails to sustain the allegation of fraud in the transfer of the property.

We therefore reverse the decree, with directions to dismiss the bill at the cost of complainant.

Reversed and remanded